CHURCH OF ST. STANISLAUS, Respondent, *v.* THE ALGEMEINE VEREIN, Appellant.

Reported below, 31 App. Div. 133.
(Submitted January 8, 1900; decided January 16, 1900.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered July 6, 1898, affirming a judgment in favor of plaintiff entered upon the decision of the court on trial at Special Term.

The motion was made on the grounds that the Appellate Division unanimously decided that there was evidence sustaining, or tending to sustain, the findings of the court at Special Term; that the exceptions taken at the trial were frivolous and unavailable in this court, and that there is no question of law presented for review.

*George M. Van Hoesen* for motion.

*Abram I. Elkus* opposed.

Motion denied, without costs.